# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| DAVID DOUGLAS, and SUZANNE DOUGLAS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 10-3378-CV-S-RED ) |
| SOVEREIGN BANK, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the court is Plaintiffs' Petition for Temporary Injunction (Doc. 3), which the Court interprets as a request for a temporary restraining order. Upon review of Plaintiffs' Petition, Plaintiffs indicate foreclosure of their property and their eviction are imminent. However, no dates are given to indicate the urgency required for the Court to issue a temporary restraining order, in order to prevent irreparable harm. Therefore, after careful consideration of Plaintiffs' Petition, the request for a temporary restraining order is **DENIED**. This case will proceed at such time as Defendant is served, whereby the Court, upon request, may address the issue of a preliminary injunction.

**IT IS SO ORDERED**.

DATED: September 20, 2010    */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT