AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

___David and Suzanne Douglas___
Plaintiff

v.

___Sovereign Bank___
Defendant

Civil Action No. __10-3378-CV-SRED__

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sovereign Bank
450 Penn Street
Reading, PA 19602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __OCT 04 2010__    ___Linda Howard___
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID & SUZANNE DOUGLAS
was received by me on *(date)* (DVV) 9/17/2010 .

☒ I personally served the summons on the individual at *(place)* NEIL PADOVANI / Te. MPL SECURITY (CORP.) (SOVEREIGN BANK) 450 PENN STREET, READING, PA 19602 on *(date)* 9/21/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ $35.00 for travel and $ NO CHARGE for services, for a total of $ 0.00 $35.00

I declare under penalty of perjury that this information is true.

Date: 9/21/2010

_____
Server's signature

DUSTIN VILARDO (LPI) GUARDIAN ANGEL INVSTNS
Printed name and title

100 NORTH 3RD STREET, READING, PA 19601
Server's address

Additional information regarding attempted service, etc: