```
1  David & Suzanne Douglas
2  2300 E. Hartley Road
3  Ozark  MO 65721
```

4  UNITED STATES DISTRICT COURT

5  WESTERN DISTRICT OF MISSOURI

6

| **David & Suzanne Douglas**<br><br>Plaintiff,<br><br>vs.<br><br>**Sovereign Bank**<br><br>Defendant | Case # 10-3378-CV-S-RED<br><br>**PETITION FOR NO ANSWER DEFAULT**<br><br>Date: 10/19/2010 |
|---|---|

7

8 **PARTIES**

9 <u>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>

10  Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal
11  Rule of Civil Procedure 55.

12  A. Introduction

13  1.  Plaintiff is: David & Suzanne Douglas , 2300 E. Hartley Road  Ozark MO 65721, and
14  defendant is: Sovereign Bank ,

15  2.  On 9/16/2010  plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by
16  nondisclosure, and violations of various consumer protection laws.

17  3.  On 9/16/2010, plaintiff filed with the court an ORIGINAL COMPLAINT.  On
18  9/21/2010  defendant was served with a summons and a copy of plaintiff's complaint by and
19  through process server.  A copy of the return of service is attached as Exhibit A.  Defendant did
20  not file a responsive pleading or otherwise defend the suit.

21  4.  Plaintiff is entitled to entry of default.

PETITION FOR NO ANSWER DEFAULT                                                     1 of 7

Case 6:10-cv-03378-RED   Document 7   Filed 10/19/10   Page 1 of 4

## B. Argument

5. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314 (10th Cir. 1994).

6. The clerk should enter a default against defendant because defendant did not file an answer within 20 days after 9/21/2010, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by Dustin Vilardo's sworn affidavit, attached as Exhibit A. Said affidavit establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend the instant action within the 20 day time period allowed by law.

8. Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

9. Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of defendant's military status is attached as Exhibit A.

10. Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

## C. Conclusion

11. Plaintiff filed a suit against defendant in the court on the 16th day of September, 2010. Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

Respectfully Submitted,

David Douglas

Suzanne Douglas

**VERIFICATION**

We, David & Suzanne Douglas, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

David & Suzanne Douglas
2300 E. Hartley Road
Ozark  MO 65721

_[signature]_  _[signature]_
**David Douglas**   **Suzanne Douglas**

SWORN TO AND SUBSCRIBED BEFORE ME, _Shirley Wolfe_, by David & Suzanne Douglas on the _19th_ day of _October_, 2010, which witnesses my hand and seal of office.

_[signature: Shirley A Wolfe]_
**NOTARY PUBLIC IN AND FOR**
**THE STATE OF MISSOURI**

" NOTARY SEAL "
Shirley A. Wolfe, Notary Public
Greene County, State of Missouri
My Commission Expires 7/22/2012
Commission Number 08470373

CERTIFICATE OF SERVICE

I, David & Suzanne Douglas, do swear and affirm that I have served a signed copy of this Petition for No Answer Default, and Order for No Answer Default to any and all defendants by way of U.S.P.S. Certified mail # 7009 2820 0003 3056 4265 and return receipt.

*(signature)* David Douglas     *(signature)* Suzanne Douglas
2300 E. Hartley Road
Ozark MO 65721

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*(signature)* Shirley A. Wolfe

**NOTARY PUBLIC IN AND FOR THE STATE OF MISSOURI**

" NOTARY SEAL "
Shirley A. Wolfe, Notary Public
Greene County, State of Missouri
My Commission Expires 7/22/2012
Commission Number 08470373

Notary Seal

PETITION FOR NO ANSWER DEFAULT                                    5 of 7

Case 6:10-cv-03378-RED   Document 7   Filed 10/19/10   Page 4 of 4