## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

**DAVID AND SUZANNE DOUGLAS,**     )
)
      **Plaintiffs,**     )
)
    **vs.**     )     **Case No.: 10-3378-CV-S-RED**
)
**SOVEREIGN BANK,**     )
)
      **Defendant.**     )

---

## ENTRY OF DEFAULT BY CLERK

---

After a review of the record of the Court, it appears that Defendant, **Sovereign Bank**, has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure. Therefore, **DEFAULT** of the following named defendant is **ENTERED** pursuant to Federal Rules of Civil Procedure 55(a):

### Sovereign Bank

Date:  October 19, 2010               /s/ Ann Thompson
                                       Clerk

Entered on: October 19, 2010          /s/ Steve Burch
                           By:   Deputy Clerk