IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID DOUGLAS, | ) |
| and | ) |
| SUZANNE DOUGLAS, | ) |
| Plaintiffs, | ) Cause No. 10-3378-CV-S-RED |
| vs. | ) |
| SOVEREIGN BANK, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW, Millsap & Singer, LLC, by attorney Scott D. Mosier, and hereby enters its appearance for Defendant Sovereign Bank in this cause.

MILLSAP & SINGER, LLC

By: _/s/ Scott D. Mosier_
Scott D. Mosier, #44179
Aaron M. Schuckman #55304
612 Spirit Dr.
St. Louis, MO 63005
(636) 537-0110
(636) 537-0067 [fax]
smosier@msfirm.com
Attorneys for Defendant Sovereign Bank FSB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, postage pre-paid, on October 21, 2010 to:

- David A. Douglas, 2300 E. Hartley St., Ozark, MO 65721
- Suzanne S. Douglas, 2300 E. Hartley St., Ozark, MO 65721

_/s/ Scott D. Mosier_

1