IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID DOUGLAS, | ) |
| and | ) |
| SUZANNE DOUGLAS, | ) |
| Plaintiffs, | ) Cause No. 10-3378-CV-S-RED |
| vs. | ) |
| SOVEREIGN BANK, | ) |
| Defendants. | ) |

## DEFENDANT SOVEREIGN BANK'S RULE 7.1 DISCLOSURE STATEMENT

COMES NOW, Defendant Sovereign Bank, FSB, and for its Rule 7.1 Disclosures states as follows:

The nongovernmental corporate party, Sovereign Bank, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock. Sovereign Bank is a wholly owned subsidiary of Santander Holdings USA, Inc., a Virginia Corporation. Effective January 30, 2009, Banco Santander S.A. acquired all of the outstanding common stock of Sovereign Bancorp, Inc., n/k/a Santander Holdings USA, Inc. (corporate name change effective February 3, 2010).

The corporate headquarters for Sovereign Bank, a Pennsylvania Corporation, is 1130 Berkshire Boulevard, Wyomissing, Berks County, Pennsylvania.

The corporate headquarters for Santander Holdings USA, Inc., a Virginia Corporation, is 75 State Street, Boston, Suffolk County, Massachusetts.

MILLSAP & SINGER, LLC

By: _____
Scott D. Mosier, #44179
612 Spirit Dr.
Chesterfield, MO 63005
St. Louis, MO 63005
(636) 537-0110
(636) 537-0067 [fax]
smosier@msfirm.com
Attorneys for Defendant Sovereign Bank FSB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, postage pre-paid, on October 21, 2010 to:

- David A. Douglas, 2300 E. Hartley St., Ozark, MO 65721
- Suzanne S. Douglas, 2300 E. Hartley St., Ozark, MO 65721

_____